# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT PETERSMARCK, #S-09368, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-cv-601-MJR |
| DR. JILL WAHL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On February 9, 2011, this Court ordered Plaintiff to file his notice of change of address no later than February 28, 2011, or otherwise show cause why this action should not be dismissed. (Doc. 9) Plaintiff's deadline has passed, and he has failed to file any response to the Order to Show Cause.

As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally, Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

**DATED:** 3/4/2011

s/ Michael J. Reagan
**DISTRICT JUDGE**